# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Marvin E. Henry,

    Plaintiff,

        v.                              Case No. 2:07cv52

Ohio Victims of Crime Compensation      Judge Michael H. Watson
Program, et al.,

    Respondent.

### OPINION AND ORDER

Before the Court is Magistrate Judge Kemp's Report and Recommendation (hereinafter "Report") (Doc.2).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice the parties would waive further appeal if they failed to file objections to the Report in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). To date, no objections to the Report were filed.

Upon de novo review of this matter, pursuant to 28 U.S.C. §636, the Court finds no error in the Report. Accordingly, the Report (Doc. 2 ) is hereby **ADOPTED.** Accordingly, the January 24, 2007 Moiton of Plaintiff for Leave to Proceed in Forma Pauperis (Doc. 1) is hereby **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and/or because any claim against the Defendants is frivolous.

The Clerk of Court is hereby **ORDERED** to remove this matter from the Court's active docket and to mail a copy of the Report and this Opinion and Order to the Defendants.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT